UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NOSAKHARE ONUMONU,

    Petitioner,

v.    Case No. 2:03-cv-236
    HON. GORDON J. QUIST

BARBARA BOUCHARD,

    Respondent.

_____/

## JUDGMENT

In accordance with the Opinion and Order entered this date,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED.

IT IS FURTHER ORDERED that a certificate of appealability is DENIED as to each issue raised by the petitioner in this application for habeas corpus relief because petitioner has failed to make a "substantial showing of a denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: February 23, 2006    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE